FILED

11/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0500

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0500

_____

CITY OF WHITEFISH,

     Plaintiff and Appellee,

v.

JOSHUA ZUMWALT,

     Defendant and Appellant

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2023